138452

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1052 ADM/AJB **Case Title:** Lovering-Johnson, Inc. v. Cottages of Martinsburg, Ltd.

**Affidavit of Movant**

I, Nicholas A.J. Vlietstra, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Harry J. Kelly, an attorney admitted to practice in the U.S. District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Cottages of Martinsburg, Ltd. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 241532 10/1/01

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Harry J. Kelly, am currently a member in good standing of the U.S. District Court for the U.S. District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Harry J. Kelly [signature] 9/25/01

Type/Print Name Signature Date

Attorney License Number: 385758

Law Firm Name & Address: Nixon Peabody, LLP
401 - 9th Street NW, Suite 900
Washington, DC 20004-2128

Telephone: (202) 585-8000

Motion Granted: [signature] OCT 02 2001

For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED OCT 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____