UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lovering-Johnson, Inc.,

Plaintiff,

v.

Cottages of Martinsburg, Ltd.,

Defendant.

---

Civil Action No. 01-1052 ADM/AJB

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff Lovering-Johnson, Inc. and Defendant Cottages of Martinsburg, Ltd. hereby stipulate to the following modification of the Scheduling Order in this action:

1. **The deadline for completion of initial disclosures pursuant to F.R.C.P. 26(a)(1) is extended through and including March 15, 2002.**

2. **The deadline for amendments to the pleadings or to add parties is extended through and including April 1, 2002.**

This modification will allow the parties to complete their initial disclosures in an effective manner and to make any amendments or modifications to the pleadings more complete and responsive. The basis for the modification is set forth in more detail below:

1. The Scheduling Order set January 15, 2002 as the deadline for the parties to make initial disclosures, pursuant to F.R.C.P. 26(a)(1) and set March 1, 2002 as the deadline to amend the pleadings or add parties. At the time, counsel anticipated that these deadlines could be met in due course.

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. In the course of locating its responsive records, the Defendant has determined that at least some responsive documents may be located at the offices of its general partner, Lehman Tax Credit Advisor ("LTCA"), in Three World Financial Center in New York City. This building was extensively damaged during the terrorist bombings on September 11, 2001, and has not been occupied since that date. In fact, personnel of the Defendant has been allowed access to those offices only during the last several weeks, and has only been allowed to "tag" filing cabinets for boxing and removal to a safer location. Although the Defendant anticipates that it be able to actually access those records sometime this month, it has not yet received a firm date for delivery of its files.

3. Both parties believe that it is appropriate to postpone completion of initial disclosures until the Defendant is able to access all of its records, review them, and make responsive materials available to the Plaintiff. The Defendant believes that this can be done by March 15, 2002. Presently, March 1 is the deadline to amend the pleadings or add parties. Both parties believe that it is appropriate to extend that deadline, through and including April 1, 2002, to assure both side have an adequate opportunity to review those initial disclosures.

4. The parties believe that the stipulated modification to the Scheduling Order will not adversely affect or delay the case schedule and is in the best interest of justice, to allow orderly initial disclosures and thoughtful consideration of any amendments or addition of parties.

Dated: February 19, 2002.

Thomas J. Flynn (30570)
Daniel J. Ballintine (256584)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Harry J. Kelly, Esq.
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Attorneys for Cottages of Martinsburg, a limited partnership

Dated: February 19, 2002.

[signature]
Jack D. Elmquist, Esq.
ELMQUIST LAW OFFICES
2424 Centre Village
431 South Seventh Street
Minneapolis, Minnesota 55415

Attorneys for Lovering-Johnson, Inc.

IT IS SO ORDERED:

Dated: 2/25/02

BY THE COURT

[signature]
~~U.S. District Court Judge~~
~~or~~
U.S. Magistrate Judge