**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Lovering-Johnson, Inc.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Cottages of Martinsburg, Ltd.,**<br><br>**Defendant.** | Civil Action No. 01-1052 ADM/AJB<br><br>**ORDER TO RESCHEDULE DISCOVERY AND MOTIONS DEADLINES** |

THE COURT, having considered the Joint Motion To Reschedule Discovery And Motions Deadlines filed by the parties, and finding that good cause exists to grant the requested relief, it is hereby

ORDERED, that the case schedule set forth in the Pretrial Scheduling Order in this case filed on December 6, 2001 shall be, and hereby is, enlarged as follows:

1. The deadlines for completion of discovery and filing of nondispositive motions are enlarged through and including August 1, 2002; and
2. The deadline for filing dispositive motions is enlarged through and including September 1, 2002.

Dated: 7/1, 2002

United States Magistrate Judge

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

W226042.1