RECEIVED
02 OCT -9 PM 1:29
CLERK ... COURT
MINNEAPOLIS, MN

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Lovering-Johnson, Inc.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Cottages of Martinsburg, Ltd.,**<br><br>**Defendant.** | Civil Action No. 01-1052 ADM/AJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Lovering-Johnson, Inc., and the Defendant, Cottages of Martinsburg, Ltd., a West Virginia limited partnership, by and through their undersigned counsel, pursuant to F.R.Civ.P. 41, hereby stipulate to dismiss the above-captioned action, with prejudice, each party to bear its own attorneys fees and costs.

Dated: October 9, 2002

Respectfully submitted,

David L. Lillehaug, Esq.
FREDRIKSON & BYRON
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota
55402-1426
(612) 492-7000

Counsel for the Plaintiff

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Harry J. Kelly
NIXON PEABODY LLP
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8000

Thomas J. Flynn. Esq.
LARKIN, HOFFMAN, DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
(952) 835-3800

Counsel for the Defendant

SO ORDERED the
9th day of October, 2002

Ann Montgomery
United States District Judge